IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01784-EWN-OES

BLONDELL F. MITCHELL,

Plaintiff(s),

v.

FRED TUGGLE,

Defendant(s).

---

RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE

---

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 22, 2005

Plaintiff is proceeding in this matter without counsel.  She has filed four cases in this court, two of which have been assigned to District Judge Edward W. Nottingham, namely, #05-1167 and this present case, #05-1784.  All of the cases alleged that the various defendants defamed her by stating to other people that she had a "loathsome disease."

Plaintiff has since filed on November 14, 2005, motions to dismiss both of the above two cases.  In both motions, she states that she now believes that complete diversity did not exist between her and the defendant as required by the rules.  I previously submitted a Recommendation for dismissal of #05-1167.  Judge Nottingham has not yet signed an order of dismissal as to that case.

I have checked the docket entries for this case.  No responsive pleading has been filed by any party, and no returns of service are noted.  Rule 41(a)(1) provides

that plaintiff is entitled to dismiss her case without prejudice if no party has filed a responsive pleading.

## RECOMMENDATION

I therefore RECOMMEND that District Judge Edward W. Nottingham GRANT plaintiff's Motion to Dismiss [Doc. 17, Nov. 14, 2005], and that he enter an order dismissing this case without prejudice.

Dated at Denver, Colorado, this day of:  November 22, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge